

# ROBIN L. HOOTER
## CLERK OF COURT ✦ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153     Fax (318) 473-4667     Civil Fax (318) 487-9361
www.rapidesclerk.org

CITATION                                          NO. 266,350     F

BILLY MESSER                              || NINTH JUDICIAL DISTRICT COURT
VERSUS                                    || PARISH OF RAPIDES
FOREMOST INSURANCE GROUP ET AL            || STATE OF LOUISIANA

TO: FOREMOST INSURANCE GROUP
    /FARMERS INSURANCE C/O GREGORY KENT MOROUX 9456 JEFFERSON HWY
    BLDG III STE F LA  70809-0000   Baton Rouge
    EAST BATON ROUGE PARISH

    YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED
AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS
IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN
FIFTEEN(15) DAYS AFTER SERVICE HEREOF.  YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL.
IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 15TH DAY.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU
TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS  4TH DAY OF OCTOBER, 2019.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION FOR DAMAGES,
REQUEST FOR PRODUCTION OF DOCUMENTS.

                                          ROBIN L. HOOTER
                                          Clerk of Court

JUDI F ABRUSLEY
407 EAST 6TH AVENUE P.O BOX 1114
OAKDALE LA  71463-0000              BY _____Holly Easley_____
Filing Attorney                           Deputy Clerk of Court

                    SHERIFF STAMP BELOW
                    ---------------------

0242950                          043

Date Received: 10-14-19
Case Number: 17-0091
Scanned:
Sent to PA:
Billed/Acctng:

CIVIL SUIT NO. 266 350

DIVISION "___" F

BILLY MESSER * 9TH JUDICIAL DISTRICT COURT

VERSUS * PARISH OF RAPIDES

FOREMOST INSURANCE GROUP/ * STATE OF LOUISIANA
FARMERS INSURANCE

FILED: _____ * DY. CLK.: _____

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **BILLY MESSER**, a person of the full age of majority and resident of Rapides Parish, State of Louisiana, who for his petition for damages, avers to-wit:

1.

Named defendant is **FOREMOST INSURANCE GROUP/FARMERS INSURANCE**, who upon information and belief, is a foreign corporation licensed to do and doing business in the Parish of Rapides, State of Louisiana, who, at all times mentioned herein, had in full force and effect a policy of home owner's insurance coverage issued to **BILLY MESSER** on the dwelling located at 13 Mason Willis Road, Glenmora, Louisiana 71433.

2.

The defendant, **FOREMOST INSURANCE GROUP/FARMERS INSURANCE**, is liable to the petitioner, with legal interest from the date of judicial demand, and all cost.

3.

On March 7, 2017, a fire burned down petitioner's home located at 13 Mason Willis Road, Glenmora, Louisiana 71433, causing damage to personal property, contents and the building itself.

4.

At all times material herein, **BILLY MESSER** had a policy of homeowner's liability insurance with defendant, **FOREMOST INSURANCE GROUP/FARMERS INSURANCE**, bearing Policy No.: 0916771192 for the premises located at 13 Mason Willis Road, Glenmora, Louisiana 71433, which policy provides certain coverages for the personal belongings, contents and buildings at the premises where the fire occurred.

5.

In addition to the damages described in the paragraph above, your petitioner incurred

expenses necessitated by the fire in question, that is, the petitioner pays out of pocket for rent at a house, and other expenses because of the loss of his home and is therefore entitled to be reimbursed for these amounts in addition to the amounts previously described.

6.

Amicable demand and sufficient proof has been made upon the defendant to no avail, therefore, **FOREMOST INSURANCE GROUP/FARMERS INSURANCE** is additionally responsible for penalties and attorney's fees under LSA-R.S. 22:1892 and 22:1973, and for failure to commence adequate insurance adjusting in a timely fashion.

7.

Due to petitioner's poverty and lack of means, petitioner is unable to pay court costs in advance or as they accure, or to furnish security for the payment of such cost in order to file and prosecute this action (see attached in forma pauperis affidavit). Therefore, petitioner desires to avail himself of the benefits provided by under Louisiana Code of Civil Procedure, article 5181-5188, as amended, and begs leave of this Honorable Court to proceed in forma pauperis.

WHEREFORE, your petitioner prays that defendant herein be duly cited and served with a copy of this petition, allow petitioner to proceed in forma pauperis, as provide by the laws of the State of Louisiana, to appear and answer same and after all legal delays and due proceedings are had, there be judgment herein in favor of petitioner and against defendant, **FOREMOST INSURANCE GROUP/FARMERS INSURANCE**, in such sums which will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand until paid, for all cost of these proceedings and for all general and equitable relief.

RESPECTFULLY SUBMITTED:

ABRUSLEY LAW OFFICE

_Judi F. Abrusley_

JUDI F. ABRUSLEY
Bar Roll No. 24272
407 East Sixth Avenue, Suite B
Post Office Drawer 1114
Oakdale, La 71463
Telephone: (318) 335-3520
Facsimile: (318) 335-9780
jfabrusleylaw@gmail.com
*Attorney for Billy Messer*

**PLEASE SERVE:**

**FOREMOST INSURANCE GROUP/FARMERS INSURANCE**
*Through Their Attorney of Record*
GREGORY KENT MOROUX, JR.
9456 Jefferson Highway
Building III, Suite F
Baton Rouge, Louisiana 70809

CIVIL SUIT NO. 266350
DIVISION " E "

| | | |
|---|---|---|
| **BILLY MESSER** | * | **9TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * | **PARISH OF RAPIDES** |
| **FOREMOST INSURANCE GROUP/ FARMERS INSURANCE** | * | **STATE OF LOUISIANA** |
| **FILED:** _____ | * | **DY. CLK.:** _____ |

## AFFIDAVIT OF VERIFICATION

STATE OF LOUISIANA

PARISH OF ALLEN

**BEFORE ME**, the undersigned Notary Public, personally came and appeared **BILLY MESSER**, who after being duly sworn, did depose and state:

That he is the Petitioner in the above and foregoing and that all the allegations of fact contained therein are true and correct to the best of his information, knowledge and belief.

_____
BILLY MESSER

SWORN TO AND SUBSCRIBED, before me, this 25 day of September, 2019.

_____
JUDI F. ABRUSLEY, NOTARY
Bar Roll No. 24272

FILED & RECORDED ROBIN L. HOOTER CLERK OF COURT 2019 SEP 30 PM 1:42 BY DY CLERK & RECORDER RAPIDES PARISH LA

CIVIL SUIT NO. 266350
DIVISION " E "

| | | |
|---|---|---|
| **BILLY MESSER** | * | **9TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * | **PARISH OF RAPIDES** |
| **FOREMOST INSURANCE GROUP/ FARMERS INSURANCE** | * | **STATE OF LOUISIANA** |
| **FILED:** _____ | * | **DY. CLK.:** _____ |

## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Louisiana Code of Civil Procedure, plaintiff requests that the defendant, **FOREMOST INSURANCE GROUP/FARMER INSURANCE**, produce the following document(s) to Judi F. Abrusley, P.O. Drawer 1114, Oakdale, Louisiana 71463, within the delays allowed by law, to-wit:

1. A certified copy of any and all policies of home owner's and/or fire insurance in effect on March 7, 2017, providing coverage to **BILLY MESSER** or any member of the household of Billy Messer, to include copies of all insurance applications declaration pages and/or sheets and copies of all riders, endorsements and other related documentation to the policy of insurance herein;

2. A true and correct copy of any and all recorded statements taken of the plaintiff in association with the incident made the subject of this litigation;

3. Any and all repair estimates and photographs of the damages sustained as a result of this incident to the subject residence owned by petitioner;

4. The entire claims file pertaining to plaintiff with respect to these proceedings, including but not limited to, all correspondence between your representatives and plaintiffs counsel, and any statements, excluding therefrom that which is protected by attorney/client privilege.

RESPECTFULLY SUBMITTED:

ABRUSLEY LAW OFFICE

_____
JUDI F. ABRUSLEY
Bar Roll No. 24272
407 East Sixth Avenue, Suite B
Post Office Drawer 1114
Oakdale, La 71463
Telephone: (318) 335-3520
*Attorney for Billy Messer*

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT
2019 SEP 30 PH 1:43

STATE OF LOUISIANA, PARISH OF RAPIDES
ABOVE AND FOREGOING IS A COPY OF THE ORIGINAL ON FILE AND OF RECORD IN THIS OFFICE.
IN FAITH WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT ALEXANDRIA, LOUISIANA, THIS ____ DAY OF October A.D., 20__

ROBIN L. HOOTER
BY _____
DY. CLERK OF COURT