UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**BILLY MESSER**                    **CASE NO. 1:19-CV-01397**

**VERSUS**                          **JUDGE DRELL**

**FOREMOST INSURANCE GROUP**        **MAGISTRATE JUDGE PEREZ-MONTES**

## R U L I N G

Ripe for decision now is motion by defendant Foremost Insurance Group to dismiss this case with prejudice for non-prosecution in accordance with local court Rule 41.3. For the following reasons the motion is well taken and will be granted.

This suit was initially filed in the Ninth Judicial District Court for Parish of Rapides by Judi Abrusly, an attorney, on behalf of plaintiff, Billy Messer. (Doc. 1-5). Foremost removed the case to this court on October 29, 2019. (Doc. 1). Once the state record was lodged here, as usual, we issued our customary case management order (CMO No. 1), which requires the plaintiff to convene a planning conference that comports with Fed. R. Civ. P. 26. The compliance deadline for that order was December 29, 2019. (Doc. 7). Defendants answered the suit on November 6, 2019. (Doc. 8). Several weeks later, Ms. Abrusly attempted twice to withdraw as counsel advising she was unable to handle the matter in federal court, but all of her attempts to withdraw were disallowed by the court because her motions were not properly filed. We do, however, take note that Ms. Abrusly signaled her intent to withdraw to her client.

Not having received anything in compliance with CMO No.1, the Clerk of Court forwarded a notice of intent to dismiss the case without prejudice for non-prosecution, on April 7, 2020. (Doc. 13). Defendants then moved per the current motion to dismiss the case WITH prejudice.

Notably, this court's Notice of Intent to Dismiss Without Prejudice allows additional time for the affected party to request additional time up on a showing of good cause. Defendants have asked for dismissal with prejudice upon further non-compliance.

Our review of the record reflects absolutely no further action by plaintiff to preserve this suit. The record shows no additional filings whatsoever after the removal by defendant. The pending motion to dismiss was assigned to this court's May 15, 2020 motion day. There is no good reason why Foremost should be further subjected to the difficulty and fees accompanying prolonged litigation, especially when plaintiff's intention not to prosecute this claim is clear to the court.

Given these findings, it is hereby

ORDERED that the motion to dismiss now pending (Doc. 14) will be GRANTED in full, dismissing plaintiff's claims with prejudice based on plaintiff's failure to prosecute. A separate judgment of dismissal will issue contemporaneously.

THUS DONE AND SIGNED this 23rd day of June, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT